**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, ET AL.,

                          Petitioners,                  19 **CIVIL** 5411 (ALC)

            -against-                             **JUDGMENT**

EARTH CONSTRUCTION CORP.,
                        Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 10, 2020, Petitioners' motion to confirm the arbitration is granted; judgment is awarded in favor of the Petitioners and against Respondent in the amount of $132,325.46 pursuant to the September 25, 2028 arbitration award, with pre-judgment interest on the award at the rate of 7% in the amount of $12,764.88, and post-judgment interest to accrue pursuant to 28 U.S.C. § 1961; petitioners are also awarded $3,487.50 in attorneys' fees and $75 in costs.

**Dated:**  New York, New York
           February 10, 2020

                                            RUBY J. KRAJICK
                                            Clerk of Court
                         **BY:**
                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/10/2020